America's Servicing Company
3476 Stateview Blvd.
Fort Mill, SC 29715

December 21, 2009


Dear DIANNE C.KERNS:

RE:  Payment Change Notice Date
    Loan Number xxxxxx0658            Client 106
    Steven R Wendling
    Sharon R Wendling
    Mortgagor Name: Steven R Wendling
    Co-Mortgagor Name: Sharon R Wendling
    Bankruptcy Case Number 09-00040

This letter is to advise you of a recent escrow analysis completed for the account referenced above.  Please be advised, effective with the 03-10 payment, the new monthly amount is $ 2,316.43.

If you remit post-petition payments, please update your records to ensure the correct amount is sent, effective with the 03-10 payment.

If you have questions, please call the Bankruptcy department at (800)662-3806.



Sincerely,

Bankruptcy Department
BK/CPI


                                                    Signature   /S/ Jimmy Rivers

America's Servicing Company
3476 Stateview Blvd.
Fort Mill, SC 29715

# CERTIFICATE OF SERVICE

I, Jimmy Rivers, hereby certify that a true and correct copy of the foregoing Notice of Payment Change has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before December 21, 2009.

The filing of this document does not replace any affirmative duty to provide notice of the document to parties in interest. The filing of this notice is provided for information purposes and does not constitute a demand for payment.

**Debtor(s)**
STEVEN R. WENDLING
SHARON R. WENDLING
380 E. FOUR HORSES TRAIL
ORO VALLEY, AZ 85704

**Debtor's Attorney**
ERIC OLLASON
182 N COURT AVE.
TUCSON, AZ 85701

**Chapter 13 Trustee**
DIANNE C. KERNS
7320 N. LA CHOLLA #154 PMB 413
TUCSON, AZ 85741-2305

/s/ Jimmy Rivers
Jimmy Rivers
Wells Fargo Home Mortgage
Bankruptcy Department
Phone Number: (803) 396-6759
Shikara.L.Day@Wellsfargo.com
3476 Stateview Blvd
Fort Mill, SC 29715