Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ  85741
Telephone  (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| STEVEN R WENDLING | ) | CASE NO.: 09-00040-TUC-EWH |
| SHARON R WENDLING | ) | |
| | ) | **WITHDRAWAL OF TRUSTEE'S** |
| | ) | **MOTION TO DISMISS** |
| | ) | |
| DEBTORS | ) | |

     Dianne C. Kerns, Chapter 13 Trustee, hereby withdraws her Motion to Dismiss in the above referenced case as the plan payments have been brought current; or the case has been converted.


Dated:  5/7/2010

/s/  Dianne C. Kerns  011557
Dianne C. Kerns, Esq.
Chapter 13 Trustee

Copy of the foregoing lodged with U.S. Bankruptcy Court and mailed this: 5/7/2010

STEVEN R WENDLING
SHARON R WENDLING
380 E FOUR HORSES TR
ORO VALLEY, AZ  85704

ERIC OLLASON
182 N COURT AVE
TUCSON, AZ  85701


By Betty Norton